IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT, SAVINGS FUND, CARPENTERS FRINGE BENEFIT FUND, and CARPENTERS LOCAL NO. 742, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | No. 06-3054 |
| CHARLES CURRIE GROUP CONSTRUCTION CO., LLC a/k/a CCG CONSTRUCTION COMPANY, LLC, | ) ) ) ) ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiffs' motion for default judgment.

1

On May 9, 2006, following the Plaintiffs' motion for entry of default, United States Magistrate Judge Charles H. Evans entered an Order of Default against the Defendant for failure to answer or otherwise plead as provided by the Federal Rules of Civil Procedure and the Rules of this Court. The Plaintiffs have since filed a motion for a default judgment. The Defendant has not responded to the Plaintiffs' motion.

Ergo, the Plaintiffs' motion for default judgment [d/e 7] is ALLOWED. The Plaintiffs are hereby awarded a default judgment against Defendant Charles Currie Group Construction Co., LLC a//k/a CCG Construction Company, LLC, as follows:

A.   That Judgment be entered in favor of Plaintiffs and against Defendant for its employee contributions for the period of June and September 2005 in the amount of $2,123.77 and liquidated damages in the amount of $2,548.22; plus pre-judgment interest; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment have not been remitted to the Fund, plus reasonable attorney's fees incurred by Plaintiffs in prosecuting this claim.

B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments;

C. Defendant is ordered to pay to the Plaintiffs its attorney's fees in the amount of $1,037.00, as provided by ERISA, 29 U.S.C. § 1132(g)(2); and

D. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

ENTER: June 1, 2006

        FOR THE COURT:

        s/Richard Mills
        United States District Judge