IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT, SAVINGS FUND, CARPENTERS FRINGE BENEFIT FUND, and CARPENTERS LOCAL NO. 742,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES CURRIE GROUP CONSTRUCTION CO., LLC a/k/a CCG CONSTRUCTION COMPANY, LLC,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 06-3054 |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiff's motion to strike its notice of voluntary dismissal.

1

In support of its motion, the Plaintiff states that on December 5, 2006, it inadvertently filed document 15 entitled Notice of Voluntary Dismissal without Prejudice.  The Plaintiff claims that motion should not have been filed in the case; its intention was to dismiss without prejudice the citation to discover assets proceedings.

The Plaintiff states that due to a possible change in the Defendant's financial position and ability to satisfy the judgment, it wishes to retain the ability to conduct further citations in the future.  Accordingly, the Plaintiff moves to strike document 15.

<u>Ergo</u>, the Plaintiff's motion to strike Document No. 15 entitled Notice of Voluntary Dismissal without Prejudice [d/e 16] is ALLOWED.  The Clerk of Court is Directed to reopen this case.

ENTER: January 8, 2007

                FOR THE COURT:

                              s/Richard Mills
                              United States District Judge